UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALAN MILLER,<br><br>     Plaintiff,<br><br>vs.<br><br>JUDGE BRENDA GILBERT,<br><br>     Defendant. | Case No. CV-23-94 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Judge Brenda Gilbert and against Plaintiff Alan Miller as stated in the Court's Order E.C.F. 38 filed on August 6th, 2024.

 Dated this 6th day of August, 2024.

           TYLER P. GILMAN, CLERK

           By: /s/ E.Hamnes
           E.Hamnes, Deputy Clerk